# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Carlos Broomfield Smith Jr().       BK NO. 22-01885 HWV
Debtor(s)

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Brent J. Lemon*
Brent Lemon
07 Aug 2024, 11:51:40, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322