Russell, Krafft & Gruber, LLP
Katharine A. Costlow, Esquire
Attorney I.D. 319762
101 North Pointe Boulevard, Suite 202
Lancaster, PA 17601
Telephone: (717) 293-9293
Facsimile: (717) 293-5130

*Attorneys for Movants*

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>CARLOS BROMFIELD SMITH, JR.<br><br><br>IRON BRIDGE LANDING CONDOMINIUM ASSOCIATION, INC.<br><br>   Movants<br>v.<br><br>CARLOS BROMFIELD SMITH, JR., | No. 1:22-bk-01885 |

## PRAECIPE TO ENTER APPEARANCE

TO THE PROTHONOTARY

      Please enter the appearance of Katharine A. Costlow, Esquire, and Russell, Krafft & Gruber, LLP as legal counsel for the Creditor, Iron Bridge Landing Condominium Association, Inc., and provide notices accordingly for the above-captioned action.

*(Signature to Follow on Next Page)*

RUSSELL, KRAFFT & GRUBER, LLP

By: *Katharine A. Costlow*
_____
Katharine A. Costlow, Esquire
Attorney I.D. 319762
101 North Pointe Boulevard, Suite 202
Lancaster, PA 17601
Telephone: (717) 293-929

*Attorneys for Creditor Iron Bridge Landing Condominium Association, Inc..*