**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
**HARRISBURG DIVISION**

IN RE:                          Case No. 1:22-bk-01885-HWV
                                       Chapter 13

Carlos Bromfield Smith

Debtor(s).

**NOTICE OF APPEARANCE**

**Rocket Mortgage, LLC**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Ste. 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:    /s/ Steven K. Eisenberg
         Steven K. Eisenberg, Esquire
         Bar No: 75736
         Stern & Eisenberg, PC
         1581 Main Street, Ste. 200
         The Shops at Valley Square
         Warrington, PA 18976
         Phone: 215-572-8111
         Fax: 215-572-5025
         seisenberg@sterneisenberg.com
         Attorney for Creditor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 9th day of March, 2026, to the following:

Kara Katherine Gendron
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
karagendronecf@gmail.com
**Attorney for Debtor(s)**

Jack N Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
info@pamd13trustee.com
**Chapter 13 Trustee**

Asst. U.S. Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102
123@gmail.com
**U.S. Trustee**

and by standard first class mail postage prepaid to:

Carlos Bromfield Smith
2417 Walnut Bottom Road
York, PA 17408

**Debtor(s)**

By:         /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire