| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CARLOS BROMFIELD SMITH, JR, DBA | : | |
| VEHICLE SAFETY CONTROL LLC, | : | |
| Debtor | : | CASE NO. 1:22-BK-01885-HWV |
| | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| | : | |
| vs | : | |
| | : | |
| CARLOS BROMFIELD SMITH, JR, DBA | : | |
| VEHICLE SAFETY CONTROL LLC, | : | |
| Respondent | : | |

## CERTIFICATE OF DEFAULT

AND NOW, on March 25, 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee

for the Middle District of Pennsylvania, by and through his Attorney, Douglas R. Roeder, Esquire,

and certifies that on March 4, 2026 the Court issued an Order directing Debtor to file a Stipulation in

fourteen (14) days. As of March 25, 2026, a Stipulation has not been filed.

WHEREFORE, the Trustee respectfully requests this Honorable Court dismiss the case.

Dated: March 25, 2026,　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Douglas R Roeder, Esquire
　　　　　　　　　　　　　　　　　　　　　　Id: 80016
　　　　　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　　　　　Jack N. Zaharopoulos
　　　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　　　Suite A, 8125 Adams Drive
　　　　　　　　　　　　　　　　　　　　　　Hummelstown, PA 17036
　　　　　　　　　　　　　　　　　　　　　　Phone: 717-566-6097
　　　　　　　　　　　　　　　　　　　　　　email: droeder@pamd13trustee.com

# CERTIFICATE OF SERVICE

AND NOW, on March 25, 2026, I, Ashley Schott, from the office of Jack N. Zaharopoulos, III, Trustee, hereby certify that I have served the above Certificate of Default by depositing a true and correct copy of same in the United States Mail, postage prepaid, first class, addressed to the following unless electronically notified:

Served Electronically
KARA K GENDRON
MOTT & GENDRON LAW
125 STATE STREET
HARRISBURG, PA 17101-

OFFICE OF THE UNITED STATES TRUSTEE
5501 NORTH 6TH STREET
BOX 302
HARRISBURG PA 17102

Served by 1st Class Mail

CARLOS BROMFIELD SMITH, JR
2417 WALNUT BOTTOM ROAD
YORK, PA 17408

/s/Ashley Schott
Ashley Schott,
For Jack N. Zaharopoulos
Standing Chapter 13 Trustee