**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CARLOS BROMFIELD SMITH, JR | : | |
| Smith, Jr, Carlos Bromfield | : | CASE NO. 1:22-bk-01885 |
| | : | |
| Debtor | : | |
| | : | CERTIFICATE OF DEFAULT |
| JACK N. ZAHAROPOULOS, CHAPTER | : | |
| 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| CARLOS BROMFIELD SMITH, JR | : | |
| Smith, Jr, Carlos Bromfield | : | |
| Respondent | : | |
| | : | |
| | : | |

## ANSWER TO CERTIFICATE OF DEFAULT

The Debtor tendered $3,600.00 to the Trustee, which was credited on the Trustee's website on March 12, 2026. This payment cures the majority of the arrears. The Debtor has also submitted a stipulation to the Trustee to cure the remaining arrears within 90 days.

WHEREFORE, the Debtor respectfully requests that the Court deny the Movant's Motion for Relief and grant such other relief as the Court deems just and proper.

Respectfully submitted,

/s/ Kara K. Gendron

_____
Kara K. Gendron, Esquire
Attorney ID 87577
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
(717) 232–6650 TEL
(717) 232-0477 FAX
kara.gendron@mottgendronlaw.com