**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: : | CHAPTER 13 |
| CARLOS BROMFIELD SMITH, JR : | |
| : | CASE NO. 1:22-bk-01885 |
| fdba Gate Automotive LLC; dba Vehicle : | |
| Safety Control LLC : | |
|     Debtor : | |
| : | |
| Rocket Mortgage, LLC. : | |
|     Movant : | |
| vs. : | |
| CARLOS BROMFIELD SMITH, JR : | |
| : | |
| fdba Gate Automotive LLC; dba Vehicle : | |
| Safety Control LLC : | |
| : | |
| MAI VINCENT Non-filing Co-Debtor | |
| | |
|     Respondents | |

## ANSWER TO MOTION FOR RELIEF FROM STAY

1. Admitted
2. Admitted
3. Admitted
4. Admitted
5. Admitted
6. Admitted
7. Admitted
8. Denied. The Debtor did not file this bankruptcy case for the purpose of delay or to hinder Movant's state court remedies. Rather, the case was filed in good faith to address financial circumstances and to propose a feasible plan to repay creditors pursuant to Chapter 13 of the Bankruptcy Code.
9. Admitted that the Debtor fell behind. To the extent any arrearages exist, the Debtor aver that payments will be cured either through a stipulation or amended plan.
10. Denied. The Debtor denies that Movant is entitled to recover counsel fees and costs as alleged and demand strict proof thereof.
11. Denied. The Debtor denies that Movant is not adequately protected or that relief is warranted. The Debtor further aver that Movant's interests are adequately protected under the Bankruptcy Code and applicable plan provisions, and demand strict proof of any alleged lack of adequate protection.
12. Denied. The Debtor denies that the imposition of a conditional order as requested by Movant is warranted at this time. The Debtor is able to perform under the terms of the plan and/or are otherwise addressing any alleged issues, and Movant's interests are

adequately protected. To the extent any issues arise, the Debtor(s) reserve the right to address them in the ordinary course.

13.   Denied. The Debtor denies that waiver of the stay under Federal Rule of Bankruptcy Procedure 4001(a)(4) is appropriate and demand strict proof in support of such request.

WHEREFORE, the Debtor respectfully requests that this Court deny the motion for relief

filed by the Movant and grant such other relief as this Court deems just.

Respectfully submitted,

/s/ Kara K. Gendron

_____

Kara K. Gendron, Esquire
Attorney ID #87577
MOTT & GENDRON LAW
125 State Street
Harrisburg, PA 17101
http://www.mottgendronlaw.com
T: (717) 232-6650 | F: (717) 232-0477
kara.gendron@mottgendronlaw.com