United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                    Case No. 22-01885-HWV

Carlos Bromfield Smith, Jr                                                   Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                              User: AutoDocke                                Page 1 of 2

Date Rcvd: Apr 09, 2026                       Form ID: nthrgreq                           Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2026:**

**Recip ID                    Recipient Name and Address**
        +  Mai Vincent, 2417 Walnut Bottom Road Unit 70, York, PA 17408-9407

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2026 at the address(es) listed below:**

**Name                          Email Address**

Adam Bradley Hall
                              on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com

Daniel Philip Jones
                              on behalf of Creditor Rocket Mortgage  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com

Dorothy L Mott
                              on behalf of Debtor 1 Carlos Bromfield Smith  Jr DorieMott@aol.com,
                              karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;ecf.mottgendron@gmail.com;mottgendro
                              nlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com

Jack N Zaharopoulos
                              ecf_pahu_alt@trustee13.com

Kara Katherine Gendron
                              on behalf of Debtor 1 Carlos Bromfield Smith  Jr
                              kara.gendron@mottgendronlaw.com;karagendronecf@gmail.com;doriemott@aol.com;mottgendronecf@gmail.com;ecf.mottgendr
                              on@gmail.com;MottGendronLaw@jubileebk.net;Gendron.KaraB@notify.bestcase.com

Katharine A Costlow

on behalf of Creditor Iron Bridge Landing Condominium Association  Inc. kac@rkglaw.com

Matthew K. Fissel

on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com  wbecf@brockandscott.com

Steven K Eisenberg

on behalf of Creditor Rocket Mortgage  LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

William Edward Miller

on behalf of Creditor Nationstar Mortgage LLC wmiller@logs.com  logsecf@logs.com


TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

  Carlos Bromfield Smith Jr

  **Debtor 1**

Chapter: 13

Case number: 1:22−bk−01885−HWV

Document Number: 73

Matter: Motion for Relief from Automatic Stay in addition to Relief from Co−Debtor Automatic Stay

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on September 29, 2022.

A hearing on the above referenced matter has been rescheduled for:

| | |
|---|---|
| **United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102** | **Date: 4/16/26** <br><br> **Time: 09:30 AM** |

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> Sylvia H. Rambo US Courthouse <br> 1501 N. 6th Street <br> Harrisburg, PA 17102 <br> (717) 901−2800 | **For the Court:** <br> Seth F. Eisenberg <br> Clerk of the Bankruptcy Court: <br> By: ToniaWilson, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 9, 2026 |

nthrgreq(02/19)