# LOCAL BANKRUPTCY FORM 9013-4

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
## HARRISBURG DIVISION

In Re:

Carlos Bromfield Smith

      Debtor(s)

Case Number: 1:22-bk-01885-HWV

Chapter: 13

Rocket Mortgage, LLC
                Movant

              vs.

Carlos Bromfield Smith
Debtor(s)

Mai Vincent
Co-Debtor

Jack N Zaharopoulos
Trustee
      Defendant(s)/Respondent(s)

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance:
The Parties need additional time to attempt to reach an amicable resolution to this matter.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: April 14, 2026

/s/ Daniel P. Jones
Applicant's Signature

---

1   No alterations or interlineations of this document are permitted.
2   If this is not a first request for a continuance, then a Motion to Continue must be filed.