United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Carlos Bromfield Smith, Jr
    Debtor

Case No. 22-01885-HWV

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1            User: AutoDocke            Page 1 of 2

Date Rcvd: Apr 14, 2026          Form ID: pdf010            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2026:**

**Recip ID           Recipient Name and Address**
  +   Mai Vincent, 2417 Walnut Bottom Road Unit 70, York, PA 17408-9407

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2026          Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Adam Bradley Hall | |
| | on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com |
| Daniel Philip Jones | |
| | on behalf of Creditor Rocket Mortgage  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Dorothy L Mott | |
| | on behalf of Debtor 1 Carlos Bromfield Smith  Jr DorieMott@aol.com, karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Jack N Zaharopoulos | |
| | ecf_pahu_alt@trustee13.com |
| Kara Katherine Gendron | |
| | on behalf of Debtor 1 Carlos Bromfield Smith  Jr kara.gendron@mottgendronlaw.com;karagendronecf@gmail.com;doriemott@aol.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net;Gendron.KaraB@notify.bestcase.com |

Katharine A Costlow

 on behalf of Creditor Iron Bridge Landing Condominium Association  Inc. kac@rkglaw.com

Matthew K. Fissel

 on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com  wbecf@brockandscott.com

Steven K Eisenberg

 on behalf of Creditor Rocket Mortgage  LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee

 ustpregion03.ha.ecf@usdoj.gov

William Edward Miller

 on behalf of Creditor Nationstar Mortgage LLC wmiller@logs.com  logsecf@logs.com


TOTAL: 10

# U.S. Bankruptcy Court
## Middle District of Pennsylvania (Harrisburg)
## Bankruptcy Petition #: 1:22−bk−01885−HWV

|  |  |
|---|---|
| *Assigned to:* Chief Judge Henry W. Van Eck | *Date filed:* 09/29/2022 |
| Chapter 13 | *Plan confirmed:* 03/22/2023 |
| Voluntary | *341 meeting:* 11/03/2022 |
| Asset | *Deadline for filing claims:* 12/08/2022 |
|  | *Deadline for filing claims (govt.):* 03/28/2023 |

*Debtor 1*
**Carlos Bromfield Smith, Jr**
2417 Walnut Bottom Road
York, PA 17408
YORK−PA
SSN / ITIN: xxx−xx−0680

represented by **Kara Katherine Gendron**
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
717 232−6650
Fax : 717 232−0477
Email: karagendron@gmail.com

**Dorothy L Mott**
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
717 232−6650
Fax : 717 232−0477
Email: DorieMott@aol.com

*Trustee*
**Jack N Zaharopoulos**
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036
717−566−6097

*Asst. U.S. Trustee*
**United States Trustee**
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102
717 221−4515

| Filing Date | # |  | Docket Text |
|---|---|---|---|
| 04/14/2026 |  | 83 | **Proceeding Memo for hearing scheduled on: 04/16/2026**<br>**MATTER:** Motion for Relief from Automatic Stay in addition to Relief from Co−Debtor Automatic Stay (Re: 2417 Walnut Bottom Road Unit 70 York, PA 17408) filed by Rocket Mortgage, LLC 73 ; Answer 78<br>**APPEARANCES:** NA<br>**DISPOSITION:** Hearing on Motion for Relief from Automatic Stay in addition to Relief from Co−Debtor Automatic Stay canceled. Matter continued 82 . Order − stay continued pending the conclusion of the continued hearing or further order of Court. IT IS SO ORDERED on |

| | | | 4/14/2026. /s/Henry W. Van Eck (There is no image or paper document associated with this entry). **HEARING Scheduled for 05/19/2026 at 09:30 AM at U.S. Courthouse, 1501 N. 6th St. Harrisburg, PA.** (Wilson, Tonia) (Entered: 04/14/2026) |
|---|---|---|---|