United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                    Case No. 22-01885-HWV

Carlos Bromfield Smith, Jr                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                    User: AutoDocke                                Page 1 of 2

Date Rcvd: May 07, 2026              Form ID: pdf010                        Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2026:**

**Recip ID                    Recipient Name and Address**
  +  Mai Vincent, 2417 Walnut Bottom Road Unit 70, York, PA 17408-9407

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2026                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2026 at the address(es) listed below:**

**Name                          Email Address**

Adam Bradley Hall
    on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com

Daniel Philip Jones
    on behalf of Creditor Rocket Mortgage  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com

Dorothy L Mott
    on behalf of Debtor 1 Carlos Bromfield Smith  Jr DorieMott@aol.com, karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com

Jack N Zaharopoulos
    ecf_pahu_alt@trustee13.com

Kara Katherine Gendron
    on behalf of Debtor 1 Carlos Bromfield Smith  Jr kara.gendron@mottgendronlaw.com;karagendronecf@gmail.com;doriemott@aol.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net;Gendron.KaraB@notify.bestcase.com

Katharine A Costlow

on behalf of Creditor Iron Bridge Landing Condominium Association  Inc. kac@rkglaw.com

Matthew K. Fissel

on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com  wbecf@brockandscott.com

Steven K Eisenberg

on behalf of Creditor Rocket Mortgage  LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

William Edward Miller

on behalf of Creditor Nationstar Mortgage LLC wmiller@logs.com  logsecf@logs.com


TOTAL: 10

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
## HARRISBURG DIVISION

| In Re:<br><br>CARLOS BROMFIELD SMITH<br>Debtor(s)<br><br>ROCKET MORTGAGE, LLC<br>Movant<br><br>v.<br><br>CARLOS BROMFIELD SMITH<br>Debtor(s)<br><br><br>MAI VINCENT<br><br><br>Co-Debtor<br>JACK N ZAHAROPOULOS<br>Trustee<br>Respondent(s) | Chapter: 13<br><br>Bankruptcy Case: 1:22-bk-01885-HWV<br><br>Judge: VAN ECK, HENRY W. |

### ORDER

Upon consideration of the Motion for Relief from the Automatic Stay filed by Rocket Mortgage, LLC,

Doc. 73, and it appearing that the parties have resolved this matter via Stipulation, Doc. 89, it is

**ORDERED** that the Stipulation is **APPROVED**.

By the Court,

_Henry W. Van Eck_

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: May 7, 2026